IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAHMIN HOLDEN,<br>          Petitioner,<br><br>v.<br><br>THERESA DELBASE,<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA, and<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>          Respondents. | CIVIL ACTION<br><br><br><br>NO. 18-68 |

## O R D E R

**AND NOW**, this 15th day of January, 2019, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Document No. 1, filed Jan. 4, 2018) filed by *pro se* petitioner Rahmin Holden, the record in this case, the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, dated September 28, 2018 (Document No. 11), and *pro se* petitioner's Objections to Report and Recommendation (Document No. 16, filed Oct. 25, 2018), **IT IS ORDERED** as follows:

    1.    The Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, dated September 28, 2018, is **APPROVED** and **ADOPTED**;

    2.    Objections to Report and Recommendation filed by *pro se* petitioner are **OVERRULED** for the reasons set forth in the attached Memorandum dated January 15, 2019;

    3.    Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Rahmin Holden, is **DISMISSED** and **DENIED** for the reasons set forth in the Report and Recommendation and the attached Memorandum.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate whether the petition states a valid claim of the denial of a

constitutional right or this Court's procedural rulings with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

          **BY THE COURT:**

          **/s/ Hon. Jan E. DuBois**

              **DuBOIS, JAN E., J.**